CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Myer Property LLC,** a California Limited Liability Company**;** **Jeronimo Gutierrez; Soo Gil Kim; Ok Hye Kim;** and Does 1-10, <br><br> Defendants. | **Case No**. 2:19-CV-07218-CJC-GJS <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Amanda Lockhart Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff Chris Langer. All pleadings and other documents served on Chris Langer should also be directed to the attention of Amanda Lockhart Seabock.

Dated: November 05, 2019         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorney for Plaintiff