1 | CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
2 | Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
3 | Dennis Price, Esq., SBN 279082
4 | 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
5 | (858) 375-7385; (888) 422-5191 fax
6 | phylg@potterhandy.com
Attorneys for Plaintiff CHRIS LANGER

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | CHRIS LANGER,                              )   Case No.: 2:19-CV-07218-CJC-GJS
                                               )
11 |                  Plaintiff,               )   **NOTICE OF SETTLEMENT AND**
                                               )   **REQUEST TO VACATE ALL**
12 |        v.                                 )   **CURRENTLY SET DATES**
                                               )
13 | MYER PROPERTY LLC, a California            )
     Limited Liability Company; JERONIMO       )
14 | GUTIERREZ; SOO GIL KIM; OK HYE             )
     KIM; and Does 1-10,                       )
15 |                                           )
                                               )
16 |              Defendants.                  )
                                               )
17

18 |        The plaintiff hereby notifies the court that a global settlement has been reached in

19 | the above-captioned case and the parties would like to avoid any additional expense,

20 | and to further the interests of judicial economy.

21 |        The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

22 | dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

23 | parties, will be filed within 60 days.

24

25 |                                           CENTER FOR DISABILITY ACCESS

26 | Dated: November 5, 2019          /s/ Amanda Lockhart Seabock
                                       Amanda Lockhart Seabock
27 |                                    Attorney for Plaintiff

28