UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>            Plaintiff,<br><br>     v.<br><br>MYER PROPERTY LLC, a California Limited Liability Company; JERONIMO GUTIERREZ; SOO GIL KIM; OK HYE KIM; and Does 1-10,<br><br>            Defendants. | Case No.: 2:19-CV-07218-CJC-GJS<br><br>**ORDER** |

**<u>ORDER</u>**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____           _____
                            HONORABLE CORMAC J CARNEY
                            United States District Judge