| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **JS-6** |
|---|---|

# CIVIL MINUTES – GENERAL

| Case No. | CV 19-07218-CJC (GJSx) | Date | November 5, 2019 |
|---|---|---|---|
| Title | Chris Langer v. Myer Property LLC et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                     None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

---

The Court, having been advised by the Plaintiff that this action has been settled by a Notice of Settlement [27], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.   The stay that was in place is hereby **LIFTED.**

The Court retains jurisdiction for sixty (60) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

-   :   -

Initials of Deputy Clerk   gga

cc: