CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
Attorneys for Plaintiff

SAMUEL H. PARK (SBN: 261136)
sam@sampark.lawyer
ATTORNEY AT LAW
3960 W. Point Loma Blvd., #H310,
San Diego, CA 92110
Telephone: (619) 674-7392
Facsimile: (619)713-7374
Attorney for Defendants
Myer Property, LLC, Jeronimo Gutierrez,
Soo Gil Kim, Ok Hye Kim

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MYER PROPERTY LLC, a California Limited Liability Company; JERONIMO GUTIERREZ; SOO GIL KIM; OK HYE KIM; and Does 1-10,<br><br>　　　　　Defendants. | Case: 2:19-CV-07218-CJC-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 22, 2019    CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff

Dated: November 22, 2019    ATTORNEY AT LAW

By: /s/Samuel H. Park
Samuel H. Park
Attorney for Defendants
Myer Property, LLC, Jeronimo Gutierrez, Soo Gil Kim, Ok Hye Kim

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Samuel H. Park, counsel for Myer Property, LLC, Jeronimo Gutierrez, Soo Gil Kim, Ok Hye Kim, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 22, 2019     CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　/s/Amanda Lockhart Seabock
　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　Attorney for Plaintiff